F07-3159 jmt

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2004-R9, Under the Pooling and Servicing Agreement Dated as of September 1, 2004, Without Recourse | ) ) ) ) ) ) ) ) | |
| Plaintiff | ) ) | CASE NO.: 07-2009 |
| v. | ) ) ) | JUDGE: Christopher A. Boyko |
| | ) ) | **JUDGMENT** |
| Cherylene Jenese Boyd, et al. | ) ) | |
| Defendants | ) | |

UNITED STATES DISTRICT JUDGE CHRISTOPHER A. BOYKO

The Court having contemporaneously entered its Default Judgment and Decree of Foreclosure, this action is accordingly terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED:
DATE: 10/29/07

*Christopher A. Boyko*
JUDGE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE